ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Northrop Grumman Systems Corporation | ) ASBCA No. 63451 |
| | ) |
| Under Contract No. NNM07AA75C | ) |

APPEARANCES FOR THE APPELLANT:　　J. Alex Ward, Esq.
　　　　　　　　　　　　　　　　　　David A. Churchill, Esq.
　　　　　　　　　　　　　　　　　　Markus G. Speidel, Esq.
　　　　　　　　　　　　　　　　　　Victoria D. Angle, Esq.
　　　　　　　　　　　　　　　　　　　Morrison & Foerster LLP
　　　　　　　　　　　　　　　　　　　Washington, DC


APPEARANCES FOR THE GOVERNMENT:　Scott W. Barber, Esq.
　　　　　　　　　　　　　　　　　　　NASA Chief Trial Attorney
　　　　　　　　　　　　　　　　　　Christi L. Dame, Esq.
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　NASA Headquarters
　　　　　　　　　　　　　　　　　　　Washington, DC

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $24,500,000. Both parties have waived the inclusion of Contract Disputes Act interest, and no further interest shall be paid in relation to this claim.

Dated: February 6, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_____                       _____
RICHARD SHACKLEFORD                               OWEN C. WILSON
Administrative Judge                              Administrative Judge
Vice Chairman                                     Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63451, Appeal of Northrop Grumman Systems Corporation, rendered in conformance with the Board's Charter.

Dated: February 7, 2023


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2